1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LUIS MIGUEL GARCIA-CHAVEZ

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    )    Cr.S. 12-276-GEB
                                 )
13              Plaintiff,       )    **STIPULATION AND [PROPOSED] ORDER**
                                 )    **TO CONTINUE STATUS CONFERENCE**
14         v.                    )
                                 )    DATE:  October 19, 2012
15  LUIS MIGUEL GARCIA-CHAVEZ    )    TIME:  9:00 a.m.
    and BERNARDO GONZALEZ,       )    JUDGE: Hon. Garland E. Burrell
16                               )
                Defendant.       )
17                               )
    _____

18

19     It is hereby stipulated and agreed to between the United States of

20  America through JASON HITT, Assistant U.S. Attorney, and defendant LUIS

21  MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY,

22  Assistant Federal Defender and defendant BERNARDO GONZALEZ, by and

23  through his counsel, TONI CARBONE, that the status conference set for

24  Friday, September 14, 2012 be continued to Friday, October 19, 2012 at

25  9:00 a.m..

26     The reason for this continuance is to allow defense counsel

27  additional time to review discovery with the defendant, to examine

28  possible defenses and to continue investigating the facts of the case.

1    The parties stipulate that the ends of justice served by the

2  granting of such continuance outweigh the interests of the public and

3  the defendant in a speedy trial.

4    Speedy trial time is to be excluded from the date of this order

5  through the date of the status conference set for October 19, 2012,

6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

7  (Local Code T4).

8

9  DATED: September 11, 2012    Respectfully submitted,

10                               DANIEL J. BRODERICK
                                 Federal Defender

11                               /S/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
12                               Assistant Federal Defender
                                 Attorney for Defendant
13                               LUIS MIGUEL GARCIA-CHAVEZ

14

15                               /s/  Toni Carbone
                                 TONI CARBONE
16                               Attorney for Defendant
                                 BERNARDO GONZALEZ
17

18

19  DATED: September 11, 2012    BENJAMIN B. WAGNER
                                 United States Attorney

20                               /s/ Benjamin Galloway for
                                 JASON HITT
21                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
22

23

24                          **O R D E R**

25    The Court, having received, read, and considered the stipulation of

26  the parties, and good cause appearing therefrom, adopts the stipulation

27  of the parties in its entirety as its order. The Court specifically

28  finds that the failure to grant a continuance in this case would deny

                                **2**

1  counsel reasonable time necessary for effective preparation, taking

2  into account the exercise of due diligence.  The Court finds that the

3  ends of justice to be served by granting the requested continuance

4  outweigh the best interests of the public and defendant in a speedy

5  trial.

6      The Court orders that the time from the date of the parties

7  stipulation, September 11, 2012, up to and including October 19, 2012,

8  shall be excluded from computation of time within which the trial of

9  this case must be commenced under the Speedy Trial Act, pursuant to 18

10  U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

11  It is further ordered that the September 14, 2012, status conference

12  shall be continued until October 19, 2012, at 9:00 a.m..

13  Dated:  September 12, 2012

14

15  _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28