DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | Cr.S. 12-276-GEB |
|                          ) | |
| Plaintiff,       ) | **STIPULATION AND [PROPOSED] ORDER** |
|                          ) | **TO CONTINUE STATUS CONFERENCE;** |
| v.            ) | **EXCLUDE TIME** |
|                          ) | |
| LUIS MIGUEL GARCIA-CHAVEZ  ) | |
| and BERNARDO GONZALEZ,     ) | DATE:  December 7, 2012 |
|                          ) | TIME:  9:00 a.m. |
| Defendants.     ) | JUDGE: Hon. Garland E. Burrell |
|                          ) | |

_____

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant BERNARDO GONZALEZ, by and through his counsel, TONI CARBONE, that the status conference set for Friday, October 19, 2012 be continued to Friday, December 7, 2012 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1   The parties stipulate that the ends of justice served by the

2   granting of such continuance outweigh the interests of the public and

3   the defendant in a speedy trial.

4   Speedy trial time is to be excluded from the date of this order

5   through the date of the status conference set for December 7, 2012,

6   pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

7   (Local Code T4).

8   DATED: October 16, 2012          Respectfully submitted,

9                                    DANIEL J. BRODERICK
                                     Federal Defender
10
                                     /s/ Benjamin Galloway
11                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     LUIS MIGUEL GARCIA-CHAVEZ
13

14                                   /s/ Toni Carbone
                                     TONI CARBONE
15                                   Attorney for Defendant
                                     BERNARDO GONZALEZ
16

17  DATED: October 16, 2012          BENJAMIN B. WAGNER
                                     United States Attorney
18
                                     /s/ Benjamin Galloway for
19                                   JASON HITT
                                     Assistant U.S. Attorney
20                                   Attorney for Plaintiff

21                            **O R D E R**

22   The Court, having received, read, and considered the stipulation of

23  the parties, and good cause appearing therefrom, adopts the stipulation

24  of the parties in its entirety as its order. The Court specifically

25  finds that the failure to grant a continuance in this case would deny

26  counsel reasonable time necessary for effective preparation, taking

27  into account the exercise of due diligence.  The Court finds that the

28  ends of justice to be served by granting the requested continuance

    outweigh the best interests of the public and defendant in a speedy

                                    2

1   trial.

2       The Court orders that the time from the date of the parties

3   stipulation, October 16, 2012, up to and including December 7, 2012,

4   shall be excluded from computation of time within which the trial of

5   this case must be commenced under the Speedy Trial Act, pursuant to 18

6   U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

7       It is further ordered that the October 19, 2012 status conference

8   shall be continued until December 7, 2012, at 9:00 a.m..

9   Dated:  October 17, 2012

10

11   _____
     GARLAND E. BURRELL, JR.

12   Senior United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28