```
1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LUIS MIGUEL GARCIA-CHAVEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr.S. 12-276-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. ) | |
| LUIS MIGUEL GARCIA-CHAVEZ and BERNARDO GONZALEZ, ) | DATE: January 25, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |
| Defendants. ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant BERNARDO GONZALEZ, by and through his counsel, TONI CARBONE, that the status conference set for Friday, December 7, 2012 be continued to Friday, January 25, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for January 25, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: December 3, 2012          Respectfully submitted,

                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LUIS MIGUEL GARCIA-CHAVEZ


                                 /s/ Toni Carbone
                                 TONI CARBONE
                                 Attorney for Defendant
                                 BERNARDO GONZALEZ

DATED: December 3, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **O R D E R**

   The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance

1  outweigh the best interests of the public and defendant in a speedy
2  trial.
3      The Court orders that the time from the date of the parties
4  stipulation, up to and including January 25, 2013, shall be excluded
5  from computation of time within which the trial of this case must be
6  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
7  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
8  further ordered that the December 7, 2012 status conference shall be
9  continued until January 25, 2013, at 9:00 a.m.

Dated:   December 3, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3