```
 1  JOSEPH SCHLESINGER, Bar# 87692
    Acting Federal Defender
 2  BENJAMIN D. GALLOWAY, Bar# 214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    LUIS MIGUEL GARCIA-CHAVEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-276 GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) | |
| LUIS MIGUEL GARCIA-CHAVEZ and BERNARDO GONZALEZ, | ) | DATE: February 22, 2013<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant BERNARDO GONZALEZ, by and through his counsel, TONI CARBONE, that the status conference set for Friday, January 25, 2013 be continued to Friday, February 22, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 22, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 22, 2013            Respectfully submitted,

                                   JOSEPH SCHLESINGER
                                   Acting Federal Defender

                                   /s/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   LUIS MIGUEL GARCIA-CHAVEZ

                                   /s/ Toni Carbone
                                   TONI CARBONE
                                   Attorney for Defendant
                                   BERNARDO GONZALEZ

DATED: January 22, 2013            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Benjamin Galloway for
                                   JASON HITT
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the

1  ends of justice to be served by granting the requested continuance
2  outweigh the best interests of the public and defendant in a speedy
3  trial.
4      The Court orders that the time from the date of the parties
5  stipulation, up to and including February 22, 2013, shall be excluded
6  from computation of time within which the trial of this case must be
7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
8  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
9  further ordered that the January 25, 2013 status conference shall be
10 continued until February 22, 2013, at 9:00 a.m.

Dated:   January 23, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge