JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ


                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-276 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER** |
| | ) | **TO CONTINUE STATUS CONFERENCE AND** |
| v. | ) | **EXCLUDE TIME** |
| | ) | |
| LUIS MIGUEL GARCIA-CHAVEZ | ) | |
| and BERNARDO GONZALEZ, | ) | DATE:  March 15, 2013 |
| | ) | TIME:  9:00 a.m. |
| Defendants. | ) | JUDGE: Hon. Garland E. Burrell |
| | ) | |
| _____ | ) | |

     It is hereby stipulated and agreed to between the United States of

America through JASON HITT, Assistant U.S. Attorney; defendant LUIS

MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY,

Assistant Federal Defender; and defendant BERNARDO GONZALEZ, by and

through his counsel, TONI CARBONE, that the status conference set for

Friday, February 22, 2013 be continued to Friday, March 15, 2013 at

9:00 a.m.

     The reason for this continuance is to allow defense counsel

additional time to review discovery with the defendant, to examine

possible defenses and to continue investigating the facts of the case.

/ / /

1    The parties stipulate that the ends of justice served by the

2  granting of such continuance outweigh the interests of the public and

3  the defendant in a speedy trial.

4    Speedy trial time is to be excluded from the date of this order

5  through the date of the status conference set for March 15, 2013,

6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

7  (Local Code T4).

8  DATED: February 20, 2013          Respectfully submitted,

9                                    JOSEPH SCHLESINGER
                                     Acting Federal Defender
10
                                     /s/ Benjamin Galloway
11                                   BENJAMIN GALLOWAY
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     LUIS MIGUEL GARCIA-CHAVEZ
13

14                                   /s/ Toni Carbone
                                     TONI CARBONE
15                                   Attorney for Defendant
                                     BERNARDO GONZALEZ
16
   DATED: February 20, 2013          BENJAMIN B. WAGNER
17                                   United States Attorney

18                                   /s/ Benjamin Galloway for
                                     JASON HITT
19                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
20

21

22                          **O R D E R**

23    The Court, having received, read, and considered the stipulation of

24  the parties, and good cause appearing therefrom, adopts the stipulation

25  of the parties in its entirety as its order. The Court specifically

26  finds that the failure to grant a continuance in this case would deny

27  counsel reasonable time necessary for effective preparation, taking

28  into account the exercise of due diligence.  The Court finds that the

**2**

1  ends of justice to be served by granting the requested continuance

2  outweigh the best interests of the public and defendant in a speedy

3  trial.

4      The Court orders that the time from the date of the parties

5  stipulation, up to and including March 15, 2013, shall be excluded from

6  computation of time within which the trial of this case must be

7  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

8  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is

9  further ordered that the February 22, 2013 status conference shall be

10  continued until March 15, 2013, at 9:00 a.m.

11  Dated:  February 20, 2013

13  GARLAND E. BURRELL, JR.
     Senior United States District Judge