JOSEPH SCHLESINGER, Bar# 87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:12-cr-276 GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | ) | |
| | ) | |
| LUIS MIGUEL GARCIA-CHAVEZ and BERNARDO GONZALEZ, | ) ) | DATE: May 10, 2013 TIME: 9:00 a.m. JUDGE: Hon. Garland E. Burrell |
| Defendants. | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender; and defendant BERNARDO GONZALEZ, by and through his counsel, TONI CARBONE, that the status conference set for Friday, March 15, 2013 be continued to Friday, May 10, 2013 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.
/ / /

1  The parties stipulate that the ends of justice served by the
2  granting of such continuance outweigh the interests of the public and
3  the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for May 10, 2013,
6  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).

DATED: March 13, 2013            Respectfully submitted,

                                 JOSEPH SCHLESINGER
                                 Acting Federal Defender

                                 /s/ Benjamin Galloway
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 LUIS MIGUEL GARCIA-CHAVEZ


                                 /s/ Toni Carbone
                                 TONI CARBONE
                                 Attorney for Defendant
                                 BERNARDO GONZALEZ

DATED: March 13, 2013            BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Benjamin Galloway for
                                 JASON HITT
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of
the parties, and good cause appearing therefrom, adopts the stipulation
of the parties in its entirety as its order. The Court specifically
finds that the failure to grant a continuance in this case would deny
counsel reasonable time necessary for effective preparation, taking
into account the exercise of due diligence.  The Court finds that the

1 ends of justice to be served by granting the requested continuance
2 outweigh the best interests of the public and defendant in a speedy
3 trial.
4      The Court orders that the time from the date of the parties
5 stipulation, up to and including May 10, 2013, shall be excluded from
6 computation of time within which the trial of this case must be
7 commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
8 § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
9 further ordered that the March 15, 2013 status conference shall be
10 continued until May 10, 2013, at 9:00 a.m.
11 Dated:  March 15, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge