TONI H. CARBONE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245


Attorney for Defendant
BERNARDO GONZALEZ


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>LUIS MIGUEL GARCIA-CHAVEZ, and<br>BERNARDO GONZALEZ,<br><br>       Defendants. | CASE NO. 2:12-CR-00276 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |

   Defendant, BERNARDO GONZALEZ, by and through his counsel of record, TONI CARBONE, and the GOVERNMENT hereby stipulate as follows:

   1. By previous order, this matter was set for status on July 11, 2013.

   2. By this stipulation, defendant now moves to continue the status conference until July 11, 2013, and to exclude time between July 11, 2013 and August 1, 2013 under Local Code T4.  The GOVERNMENT does not oppose this request. The co-defendant filed a separate stipulation and proposed order requesting the same date of August 1, 2013.

   3. The parties agree and stipulate, and request that the Court find the following:

     a. The matter as it relates to BERNARDO GONZALEZ is close to resolution. Counsel for defendant believes that failure to grant the above-requested continuance would deny her

1 the reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence.

        c.       The GOVERNMENT does not object to the continuance.

        g.       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g.       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of July 11, 2013 to August 1, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1  IT IS SO STIPULATED.

2  Dated:  July 11, 2013                    BENJAMIN B. WAGNER
                                            United States Attorney
3

4                                    By:    */s/ Toni Carbone for*
                                            JASON HITT
5                                           Assistant U.S. Attorney

6                                           For the United States

7  Dated:  July 18, 2013           By:     */s/ Toni Carbone*
                                            TONI CARBONE
8

9                                           For the Defendant

10

11

12                                **O R D E R**

13  IT IS SO FOUND AND ORDERED this 10th day of July, 2013.

18                                          _____
                                            Troy L. Nunley
19                                          United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

3