1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   LUIS MIGUEL GARCIA-CHAVEZ
6

7
                  IN THE UNITED STATES DISTRCIT COURT
8
               FOR THE EASTER DISTRCIT OF CALIFORNIA
9

10                                 )
    UNITED STATES OF AMERICA,      )  NO. 2:12-CR-0276-TLN
11              Plaintiff,         )
                                   )
12  v.                             )  STIPULATION AND ORDER
    LUIS MIGUEL GARCIA-CHAVEZ and  )  TO CONTINUE STATUS CONFERENCE
13  BERNARDO GONZALEZ,             )
                                   )  DATE:      October 3, 2013
14             Defendants.         )  TIME:      9:30 AM
                                   )  JUDGE:     Hon. Troy L. Nunley
15                                 )

16

17       It is hereby stipulated and agreed to between the United States of America through

18  JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and

19  through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by

20  and through his counsel, TONI CARBONE that the status conference set for Thursday,

21  September 5, 2013 be continued to Thursday, October 3, 2013 at 9:30 a.m.   The parties stipulate

22  that the ends of justice are served by the Court excluding such time, so that counsel for the

23  defendant may have reasonable time necessary for effective preparation, taking into account the

24  exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to

25  prepare] (Local Code T-4).

26       Specifically, defense counsel needs additional time to review discovery with the

27  defendant, to examine possible defenses and to continue investigating the facts of the case.

28

                                        -1-

1    The parties stipulate and agree that the interests of justice served by granting this

2    continuance outweigh the best interests of the public and the defendant in a speedy trial. 18

3    U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

4    Dated: September 3, 2013                     Respectfully submitted,
                                                  HEATHER E. WILLIAMS
5                                                 Federal Defender

6                                                 /s/ Benjamin Galloway
                                                  BENJAMIN GALLOWAY
7                                                 Assistant Federal Defender
                                                  Attorney for Defendant
8                                                 LUIS MIGUEL GARCIA-CHAVEZ

9    Dated: September 3, 2013                     /s/ Toni Carbone
                                                  TONI CARBONE
10                                                Attorney for Defendant
                                                  BERNARDO GONZALEZ
11

12
     Dated: September 3, 2013                     BENJAMIN B. WAGNER
13                                                United States Attorney

14                                                /s/ Jason Hitt
                                                  JASON HITT
15                                                Assistant United States Attorney
                                                  Attorney for Plaintiff
16

17                                      **ORDER**

18
          The Court, having received, read, and considered the stipulation of the parties, and good
19
     cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The
20
     Court specifically finds that the failure to grant a continuance in this case would deny counsel
21
     reasonable time necessary for effective preparation, taking into account the exercise of due
22
     diligence.   The Court finds that the ends of justice to be served by granting the requested
23
     continuance outweigh the best interests of the public and defendant in a speedy trial.
24
          The Court orders that the time from the date of the parties stipulation, up to and including
25
     October 3, 2013, shall be excluded from computation of time within which the trial of this case
26
     must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and
27

28

(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the September 5, 2013 status conference shall be continued until October 3, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 4, 2013

Troy L. Nunley
United States District Judge