1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:12-CR-0276 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE STATUS CONFERENCE |
| LUIS MIGUEL GARCIA-CHAVEZ and BERNARDO GONZALEZ, | ) DATE: February 20, 2014 |
| Defendants. | ) TIME: 9:30 AM |
| | ) JUDGE: Hon. Troy L. Nunley |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by and through his counsel, TONI CARBONE that the status conference set for Thursday, January 23, 2014 be continued to Thursday, February 20, 2014 at 9:30 a.m.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1  The parties stipulate and agree that the interests of justice served by granting this
2  continuance outweigh the best interests of the public and the defendant in a speedy trial. 18
3  U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

4  Dated: January 16, 2014            Respectfully submitted,

5                              HEATHER E. WILLIAMS
                            Federal Defender
6
7                              */s/ Benjamin Galloway*
                            BENJAMIN GALLOWAY
8                              Assistant Federal Defender
                            Attorney for Defendant
9                              LUIS MIGUEL GARCIA-CHAVEZ

10  Dated: January 16, 2014            */s/ Toni Carbone*
                            TONI CARBONE
11                              Attorney for Defendant
                            BERNARDO GONZALEZ

12

13  Dated: January 16, 2014            BENJAMIN B. WAGNER
                            United States Attorney
14
15                              */s/ Jason Hitt*
                            JASON HITT
                            Assistant United States Attorney
16                              Attorney for Plaintiff

17

18  **ORDER**

19  The Court, having received, read, and considered the stipulation of the parties, and good
20  cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The
21  Court specifically finds that the failure to grant a continuance in this case would deny counsel
22  reasonable time necessary for effective preparation, taking into account the exercise of due
23  diligence.  The Court finds that the ends of justice to be served by granting the requested
24  continuance outweigh the best interests of the public and defendant in a speedy trial.
25  The Court orders that the time from the date of the parties stipulation, up to and including
26  February 20, 2014, shall be excluded from computation of time within which the trial of this case
27  must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and
28

(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the January 23, 2014 status conference shall be continued until February 20, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: January 17, 2014

Troy L. Nunley
United States District Judge