| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | BENJAMIN D. GALLOWAY, #214897 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| 5 | Attorney for Defendant |
| | LUIS MIGUEL GARCIA-CHAVEZ |
| 6 | |

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   NO. 2:12-CR-0276 TLN
           Plaintiff,                       )
   v.                                                      )   STIPULATION AND ORDER
LUIS MIGUEL GARCIA-CHAVEZ and      )   TO CONTINUE STATUS CONFERENCE
BERNARDO GONZALEZ,                 )
                                            )   DATE:       March 13, 2014
           Defendants.                      )   TIME:       9:30 AM
                                            )   JUDGE:      Hon. Troy L. Nunley

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by and through his counsel, TONI CARBONE that the status conference set for Thursday, February 20, 2014 be continued to Thursday, March 13, 2014 at 9:30 a.m. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: February 14, 2014                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            */s/ Benjamin Galloway*
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            LUIS MIGUEL GARCIA-CHAVEZ

Dated: February 14, 2014                    */s/ Toni Carbone*
                                            TONI CARBONE
                                            Attorney for Defendant
                                            BERNARDO GONZALEZ


Dated: February 14, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                            */s/ Jason Hitt*
                                            JASON HITT
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including March 13, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the February 20, 2014 status conference shall be continued until March 13, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: February 14, 2014

_____
Troy L. Nunley
United States District Judge