HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRCIT COURT

FOR THE EASTER DISTRCIT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 2:12-CR-0276 TLN |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| LUIS MIGUEL GARCIA-CHAVEZ and | ) | DATE: May 1, 2014 |
| BERNARDO GONZALEZ, | ) | TIME: 9:30 AM |
| | ) | JUDGE: Hon. Troy L. Nunley |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney; defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY; and defendant BERNARDO GONZALEZ by and through his counsel, TONI CARBONE that the status conference set for Thursday, March 13, 2014 be continued to Thursday, May 1, 2014 at 9:30 a.m.   The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

Specifically, defense counsel needs additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

Dated: March 11, 2014                    Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                */s/ Benjamin Galloway*
                                                BENJAMIN GALLOWAY
                                                Assistant Federal Defender
                                                Attorney for Defendant
                                                LUIS MIGUEL GARCIA-CHAVEZ

Dated: March 11, 2014                    */s/ Toni Carbone*
                                                TONI CARBONE
                                                Attorney for Defendant
                                                BERNARDO GONZALEZ

Dated: March 11, 2014                    BENJAMIN B. WAGNER
                                                United States Attorney

                                                */s/ Jason Hitt*
                                                JASON HITT
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including March 13, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and

(B)(iv) [reasonable time for counsel to prepare] (Local Code T4). It is further ordered that the March 13, 2014 status conference shall be continued until May 1, 2014, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 12, 2014

_____
Troy L. Nunley
United States District Judge