TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
BERNARDO GONZALEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARDO GONZALEZ,<br><br>　　　　　Defendants. | CASE NO. 2:12-CR-00276 TLN<br><br>**STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER** |
|---|---|

　　　Defendant, BERNARDO GONZALEZ, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

　　　1.　　By previous order, this matter was set for status on September 11, 2014.

　　　2.　　BERNARDO GONZALEZ, through his counsel, TONI WHITE, and the GOVERNMENT are close to a resolution. A new plea offer was generated on Friday. Defense counsel needs time to meet with Mr. Gonzalez. Therefore, BERNARDO GONZALEZ, through his counsel, TONI WHITE, requests that his matter be continued until September 25, 2014, at 9:30 a.m., for change of plea. The GOVERNMENT has no objection.

　　　2.　　By this stipulation, defendant now moves to continue the status conference until September 23, 2014, and to exclude time between September 11, 2014 and September 23, 2014 under Local Code T4.  The GOVERNMENT does not oppose this request.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

1

1  3.  The parties agree and stipulate, and request that the Court find the following:

2  a.  The matter as it relates to BERNARDO GONZALEZ is close to resolution. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c.  The GOVERNMENT does not object to the continuance.

g.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of September 11, 2014 to September 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time

2

IT IS SO STIPULATED.

Dated: September 9, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney

                                    By:     */s/ Toni Carbone for*
                                            JASON HITT
                                            Assistant U.S. Attorney

                                            For the United States

Dated: September 9, 2014            By:     */s/ Toni Carbone*
                                            TONI CARBONE

                                            For the Defendant

**O R D E R**

IT IS SO FOUND AND ORDERED this 9th day of September, 2014.

Troy L. Nunley
United States District Judge

Stipulation and Order for Continuance of Status
Hearing and for Exclusion of Time